NUMBER 13-05-779-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________


PATRICIO AHUMADA, Appellant,


v.



PAOLA ALCATRAZ, Appellee.

_____________________________________________________________


On appeal from the 107th District Court


of Cameron County, Texas.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, PATRICIO AHUMADA, perfected an appeal from a judgment entered by
the 107th District Court of Cameron County, Texas, in cause number 1999-04-1962-A. 
After the record and briefs were filed, appellant filed an agreed motion to dismiss the
appeal. In the motion, appellant states that this matter has been fully settled. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's agreed motion
to dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
agreed motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 17th day of May, 2007.